**Fill in this information to identify the case:**

Debtor name: **XTL, INC.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **19-14844-ELF**

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                 |                                                               | Total claim    | Priority amount |
|-----|-----------------------------------------------------------------|---------------------------------------------------------------|----------------|-----------------|
| 2.1 | Priority creditor's name and mailing address                    | As of the petition filing date, the claim is: Check all that apply. | $7,566,095.21 | $7,566,095.21 |
|     | **TEAMSTERS PENSION FUND**<br>**KEVON OFFICE CENTER**<br>**2500 MCCLELLAN AVE SUITE 140**<br>**Merchantville, NJ 08109** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |                |                 |
|     | Date or dates debt was incurred                                 | Basis for the claim:<br>**Pension Withdrawal Liability (Contingent, Unilquidated, Disputed)** |                |                 |
|     | Last 4 digits of account number                                 | Is the claim subject to offset?<br>☑ No<br>☐ Yes |                |                 |
|     | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**5**) |                                          |                |                 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|-----|------------------------------------------------------|--------------------------------------------------------------------------|
|     | Date or dates debt was incurred ____                 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed                            |
|     | Last 4 digits of account number ____                 | Basis for the claim: ____<br>Is the claim subject to offset? ☐ No  ☐ Yes |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|----------------------------------------------------------------------------|------------------------------------------|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

| Debtor | **XTL, INC.** | Case number (if known) | **19-14844-ELF** |
|---|---|---|---|
| | Name | | |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | | **Total of claim amounts** |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | | 7,566,095.21 |
| 5b. Total claims from Part 2 | 5b. + | $ | | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | | 7,566,095.21 |