**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>XTL, INC.,<br>XTL-PA, Inc.,<br>          Debtors. | Chapter 11<br><br>Case No. 19-14844 (ELF)<br>(Jointly Administered) |

**THIRD INTERIM AND FINAL FEE APPLICATION OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2020 THROUGH OCTOBER 13, 2020**

Bielli & Klauder, LLC in accordance with Fed.R. Bankr. P. 2016 and section 330 of the Bankruptcy Code files this application for compensation and reimbursement of actual, necessary expenses and respectfully represents as follows:

**Part A Preliminary Statement**

1. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Official Committee of Unsecured Creditors.

2. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

3. The expenses described in this Application are actual, necessary expenses.

**Part B General Information**

1. Period:
   Final Application     X     September 26, 2019 through October 13, 2020

   Interim Application    X     July 1, 2020 through October 13, 2020

|  | Requested |
|---|---|
| Fees | $5,215.00 |
| Expenses | $   51.70 |
| Total | $5,266.70 |

1

2. General Information

   a. Date Case filed:  August 1, 2019

   b. Date application to approve employment filed:  September 25, 2019

   c. Date employment approved:  October 11, 2019

   d. First date services rendered in this case:  September 26, 2019

   e. Compensation is under §330:  __X__ Yes  _____ No
      If other statutory basis, specify: _____

   f  Any fees awarded will be paid from the estate:  _X_ Yes  _____ No
      If no, state the source of payment of any fee that is awarded.
      _____

   g. This application is for a period of less than 120 days after the filing of the case or less than 120 days after the end of the period of the last application.
      ____ Yes    __X__ No

      If yes, state date and terms of court order allowing filing at shortened intervals.
      Order date: _____
      Terms, if any, _____

3. Prior Applications: First Interim Application

| Application | Date Filed | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|
| First Interim (9/26/2019 – 1/31/2020) | 2/24/2020 | $26,576.50 | $141.38 | $25,576.50 | $141.38 |
| Second Interim (2/01/2020-6/30/2020) | 7/02/2020 | $23,893.50 | $819.20 | $23,983.50 | $819.20 |

4. Attorneys Billing for Current Period

| Name | Hours | Billing Rate | Total |
|---|---|---|---|
| Thomas D. Bielli | 11.30 | $350.00 | $3,955.00 |
| David M. Klauder | 3.60 | $350.00 | $1,260.00 |
| TOTAL: | 14.90 | | $5,215.00 |

4. Billing Rates

    a. Are any of the billing rates different than the billing rates set forth in your last application?
          \_\_\_\_\_ Yes          X  No

    b. If yes, indicate whose billing rates are different and explain   why?
       _____

### Part C Billing Summary

1. **Description of Services.**  Provide adequate detail appropriate for the amount of time billed and the nature and variety of the services rendered.

2. **Detail of Hours Expended.**  Set forth in list form or attach a list that shows the name of the professional or paraprofessional, date, activity, and time expended. The list may be organized in either of two ways.

    (a)  By each professional or paraprofessional in chronological order for the application period; or
    (b)  By day in chronological order showing all professionals or paraprofessionals that billed time on a particular day during the application period.

See attached Exhibit "A".        \* \* \* \* \*

Category Reporting. If category reporting of time expended is required under L.B.R.  2016-3(c), only categories for which services were rendered during the period covered by the application should be  included.

See attached Exhibit "A".

3

**Part D Expense Summary**

Set forth in list form or attach a list that shows the type of expenses for which reimbursement is sought. For each type of expense either:

(a) state the amount of the expense that is calculated using the applicant's in-house actual cost or the actual amount billed by a third party provider, or

(b) explain how the amount of the expense is calculated.

A detailed listing of the expenses incurred by the Applicant in connection with this matter are included in Exhibit "A".

WHEREFORE, Applicant respectfully requests an interim award of $5,215.00 in compensation and of $51.70 in reimbursement of actual, necessary expenses for the period of July 1, 2020 through October 13, 2020 for a total sum of $5,266.70. The Application also respectfully requests final approval of the amounts previous approved on an interim basis and any other relief deemed just and proper.

**BIELLI & KLAUDER, LLC**

Date: November 19, 2020

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (No. 202100)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
Fax: (215) 754-4177
tbielli@bk-legal.com