IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>XTL, INC.,<br>XTL-PA, Inc.,<br>　　　　　Debtors. | Chapter 11<br><br>Case No. 19-14844 (ELF)<br>(Jointly Administered) |

**ORDER APPROVING THIRD INTERIM AND FINAL FEE APPLICATION OF
BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE
PERIOD FROM JULY 1, 2020 THROUGH OCTOBER 13, 2020**

**AND NOW**, this _____ day of _____, 2020, upon consideration of the *Third Interim and Final Fee Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from July 1, 2020 Through October 13, 2020* (the "Application"); it is hereby;

**ORDERED** that Application is **APPROVED**; and it is further

**ORDERED** that pursuant to 11 U.S.C. §330 and Federal Rule of Bankruptcy Procedure, the Debtors are authorized and directed to pay Bielli & Klauder, LLC in the amount of $5,215.00 for services rendered as counsel for the Official Committee of Unsecured Creditors and $51.70 for the reimbursement of expenses for the period July 1, 2020 through October 13, 2020; and it is further

**ORDERED** that Bielli & Klauder, LLC's fees in the amount of $54,631.00 and expenses in the amount of $960.58 for the period September 26, 2019 through October 13, 2020 are approved on a final basis; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order.

**BY THE COURT:**

_____
Honorable Eric L. Frank
United States Bankruptcy Judge